Submitted on remand from the Oregon Supreme Court July 13, 2000, affirmed
May 23, 2001

JAMES R. AMOS,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

97-05-28837M; A100654

25 P3d 414

Bob Pangburn for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Affirmed. *Weidner v. Armenakis*, 154 Or App 12, 959 P2d 623, *vac'd and rem'd* 327 Or 317, 966 P2d 220 (1998), *withdrawn by order* July 13, 1998, *reasoning reaffirmed and readopted in Merrill v. Johnson*, 155 Or App 295, 964 P2d 284, *rev den* 328 Or 40, 977 P2d 1170 (1998).